IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CR-18-2BO

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | **ORDER** |
| v. | ) | **AMENDING JUDGMENT** |
| | ) | |
| JAMES ANDRE GRAHAM | ) | |

Upon unopposed motion of the Defendant and for good cause shown, the defendant's motion to Amend the Judgment is **GRANTED**. It is therefore ordered that the judgment previously imposed by this Court is amended as follows:

The Court recommends that the Defendant be incarcerated at FCI Butner. Except as herein modified, all other conditions of the original judgment shall remain in full force and effect.

SO ORDERED, this __7__ day of April, 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE