UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO.: 5:10-CR-18-BO-2

| UNITED STATES OF AMERICA | ORDER |
|---|---|
| v. | |
| JAMES ANDRE GRAHAM | |

On motion of the Defendant, James Andre Graham, and FOR GOOD CAUSE SHOWN, it is hereby ORDERED that Docket Entry Number 61 be sealed by this Court.

Accordingly, it is ORDERED that this document be filed under seal and to remain so sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This the 22 day of February, 2012.

The Honorable Terrence W. Boyle
United States District Judge

-1-