# UNITED STATES DISTRICT COURT
## for
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. James Andre Graham                  Docket No. 5:10-CR-18-2BO

### Petition for Action on Supervised Release

COMES NOW Jeffrey L. Keller, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of James Andre Graham, who, upon an earlier plea of guilty to Using/Carrying/Possessing a Firearm During/In Furtherance of a Crime of Violence and Aiding and Abetting, in violation of 18 U.S.C. §§ 924(c) and 2, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on March 30, 2011, to the custody of the Bureau of Prisons for a term of 108 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall not incur new credit charges or open new lines of credit with the approval of the probation officer.

2. The defendant shall provide the probation office with access to any requested financial information.

On August 15, 2012, the defendant's sentence was reduced to 84 months imprisonment due to 18 U.S.C. § 2255 motion.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant is scheduled to be released from the Bureau of Prisons on October 23, 2015. He currently intends on relocating to the Middle District of Alabama and that district has agreed to accept supervision of this defendant if the conditions of release are modified to include drug aftercare/testing and warrantless searches. The request is deemed appropriate and our office supports the modification of conditions as outlined. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

James Andre Graham
Docket No. 5:10-CR-18-2BO
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8660
Executed On: November 13, 2013

## ORDER OF COURT

Considered and ordered this 14 day of November, 2013, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge